| | |
|---|---|
| 1 | THOMAS P. O'BRIEN |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ROGER E. WEST |
| 4 | Assistant United States Attorney |
| | First Assistant Chief, Civil Division |
| 5 | California Bar No. 58609 |
| |     Room 7516, Federal Building |
| 6 |     300 North Los Angeles Street |
| |     Los Angeles, California 90012 |
| 7 |     Telephone: (213) 894-2461 |
| |     Fax:       (213) 894-7819 |
| 8 |     E-mail: roger.west4@usdoj.gov |
| 9 | Attorneys for United States of America |

Lodged Proposed Order

FILED 2009 JUN 12 PM 3:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IN RE

LETTERS ROGATORY FROM THE

14TH COURT FOR FAMILY MATTERS

FEDERAL DISTRICT OF MEXICO

MEXICO

CV MISC. NO. MC09-169 PJW

APPLICATION FOR ORDER

(28 U.S.C. §1782)

    The United States of America by the undersigned, Thomas P. O'Brien, United States Attorney for the Central District of California, Leon W. Weidman, Assistant United States Attorney, Chief, Civil Division, by Roger E. West, Assistant United States Attorney, First Assistant Chief, petitions this Court for an Order pursuant to §1782 of Title 28 of the United States Code, in the form submitted, directing the taking of evidence from California Commerce Bank which, it has it has been determined, does business within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued

No Fee

apl.09 bank commerce

by the above-entitled court in the Federal District of Mexico, pertinent to the Mexican probate proceeding, <u>In re The Estate of Rivera Gutierrez Rosa Maria and/or Rivera De De [sic] La Torre Rosa Maria and/or Rivera Widow of De De La Torre Rosa Maria</u>, file number 126/2006.

Attached as Exhibit 1 is a copy of the Letters Rogatory from the Mexican court.[1] The Mexican court is requesting that California Commerce Bank to supply answers to questions and documentary evidence:

a.- To inform the type of investment of the aforesaid account.

b.- To state if in addition to MRS. ROSA MARIA RIVERA GUTIERREZ, wife of Mr. Rodolfo De La Torre Pacheco, married under the regime of community property, there were any other beneficiaries or holders thereof and, should there be no inconvenience in this regard, inform this Authority of the name of other holders or beneficiaries.

c.- That the statements of account for the months of October, November, December 2001; January, February and March 2002 of the aforesaid account are issued at the expense of Mrs. ROSA MARIA DE LA TORRE RIVERA.

Notice will be given to Mexican court and the executrix, Rosa Maria De La Torre Rivera, of the date and place of the taking of evidence.

The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the request be made by a foreign or international tribunal or any interested person; (2) that the testimony or material requested be for use in a proceeding in a foreign or international tribunal; and (3) that the person or entity from whom the discovery is sought is a resident of or can be found in the district where the application is filed. See <u>In re Request for Judicial Assistance from the Seoul District Criminal Court,</u>

---

[1] Pursuant to Local Rule 79-5.4, the bank account number has been redacted. [Application pages 7, 12]

apl.09 bank commerce                    2

Seoul, Korea, 555 F.2d 720, 723 (9th Cir. 1977); United States v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing Korea at 555 F.2d at 723 that, "Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal"); In re Bayer AG, 146 F.3d 188, 192 (3d Cir. 1998).

All these three requirements are met in this case. First, the request was made by the 14th Court for Family Matters in the Federal District of Mexico, which is a foreign tribunal. Second, there is a proceeding in that court entitled, In re The Estate of Rivera Gutierrez Rosa Maria and/or Rivera De De [sic] La Torre Rosa Maria and/or Rivera Widow of De De La Torre Rosa Maria, file number 126/2006, and the information being sought is for use in that proceeding by that court. Finally, it has been determined that California Commerce Bank does business within the jurisdiction of this Court.

Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, in order to permit the taking of evidence from California Commerce Bank.

DATED: This ____ day of June, 2009.

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

ROGER E. WEST
Assistant United States Attorney
First Assistant Chief
Civil Division

Attorneys for
United States of America

# EXHIBIT 1: LETTERS ROGATORY

## LETTER ROGATORY

**REQUESTING JUDICIAL ENTITY:**

Name: Fourteenth Court for Family Matters in the Federal District.
Address: "Plaza Juárez", Av. Juárez número 08, Sexto Piso, Colonia Centro, Código Postal 06010, Delegación Cuauhtémoc, in Mexico City, Federal District.

**MATTER: Probate Proceeding.**

File number: **126/2006**, pertaining to the estate of **RIVERA GUTIERREZ ROSA MARIA and/or RIVERA DE DE LA TORRE ROSA MARIA and/or RIVERA WIDOW OF DE LA TORRE ROSA MARIA.**

**CENTRAL AUTHORITY OF THE REQUESTING STATE**

Name: Supreme Court of Justice of Mexico City, Federal District.

Address: Niños Héroes número 132, Colonia Doctores, Delegación Cuauhtémoc, Federal District.

**CENTRAL AUTHORITY OF THE REQUESTED STATE:**

Competent Jurisdictional Body in Los Angeles, California.

**REQUESTING PARTY:**

Executrix named: ROSA MARIA DE LA TORRE RIVERA.

Address: Calle Eduardo Pallares y Portilla 122, Colonia Parque San Andrés, Delegación Coyoacán, Código Postal 04040, Mexico City, Federal District.

Lawyers of the requesting party of the requesting state:



Names: Attorneys at Law Blanca Gloria Barrios García, Lidia Barrios García, Araceli Barrios García, David Reyes Licona and Jesús Barrios Ruiz.

    The Jurisdictional Entity subscribing this Letter Rogatory, Supreme Court of Justice of the Federal District of the United Mexican States, is honored to request the cooperation of the competent Jurisdictional Entity in Los Angeles, California, to receive or provide service of process from Mexico City, Federal District and in accordance with the International Convention on the Obtainment of Proofs Abroad in Civil or Commercial Matters, published in the Official Gazette on August 30th, 1989.

6

2

## STATEMENT OF FACTS.

In year 2006, a PROBATE PROCEEDING was commenced on the estate of the person who when alive was named RIVERA GUTIÉRREZ ROSA MARIA and/or RIVERA DE DE LA TORRE ROSA MARIA and/or RIVERA WIDOW OF DE DE LA TORRE ROSA MARIA, filed in the Fourteenth Court for Family Matters in the Federal District, under file number 126/2006, Clerk's Office "B". By unanimous voting of the heirs, ROSA MARIA DE LA TORRE RIVERA was designated as executrix. In the performance of her duties, she is bound to form the Second Section in the aforesaid process, consisting of the inventory and appraisal of the entire estate of the deceased.

REQUESTED INFORMATION:

We hereby respectfully request Your Honor to issue your distinguished orders to support the duties of this court and, if there is no legal impediment whatsoever, to issue respectful official communication to the legal representative of California Commerce Bank, bank account number ████████, located at 2029, Century Park East 42 floor, Los Angeles, CA. 9006, United States of America, so that the latter informs this Court of the following:

a.- To inform the type of investment of the aforesaid account.

b.- To state if in addition to MRS. ROSA MARIA RIVERA GUTIÉRREZ, wife of Mr. RODOLFO DE LA TORRE PACHECO, married under the regime of community property, there were any other beneficiaries or holders thereof and, should there be no inconvenience in this regard, inform this Authority of the name of other holders or beneficiaries.

c.- That the statements of account for the months of October, November, December 2001; January, February and March 2002 of the aforesaid account are issued at the expense of Mrs. ROSA MARIA DE LA TORRE RIVERA.

PARTIES TO THE PROCESS:

**a. Complainants Named: RODOLFO OCTAVIO DE LA TORRE RIVERA.** Of Mexican nationality, 54 years old, currently residing in Mexico City, Federal District **and ADRIANA DE LA TORRE RIVERA**, of Mexican nationality, 53 years old, who currently resides in Mexico City, Federal District.

**b. Executrix Named: ROSA MARIA DE LA TORRE RIVERA.** Of Mexican nationality, 51 years old, currently residing in Mexico City, Federal District.

**c. GABRIELA DE LA TORRE RIVERA.** Of Mexican nationality, 48 years old, currently residing in Mexico City, Federal District.

**d. GABRIEL JOSE DE LA TORRE RIVERA.** Of Mexican nationality, 50 years old, currently residing in Mexico City, Federal District.

PROCESS: INTESTATE PROBATE PROCEEDING.

DEADLINE BEFORE WHICH THE REQUESTING JURISDICTIONAL ENTITY NEEDS TO RECEIVE AN ANSWER TO THIS LETTER ROGATORY: The time that may be needed.

Done in Mexico City, Federal District, as of the eighth day of December, year two thousand six.

THE FOURTEENTH JUDGE FOR FAMILY MATTERS
IN THE FEDERAL DISTRICT

(SIGNED)
VICTOR MANUEL ROCHA SEGURA, Attorney at Law


I, Attorney at Law VICTOR MANUEL ROCHA SEGURA, FOURTEENTH JUDGE FOR FAMILY MATTERS OF THE FEDERAL DISTRICT, AM HEREBY HONORED TO ADDRESS YOU, HONORABLE COMPETENT JUDGE IN MILWAUKEE, STATE OF WISCONSIN.

WITNESSETH:

THAT IN THE RECORDS RELATED TO THE **PROBATE PROCEEDING** PERTAINING TO THE ESTATE OF **RIVERA GUTIERREZ ROSA MARIA and/or RIVERA DE DE LA TORRE ROSA MARIA** and/or **RIVERA WIDOW OF DE LA TORRE ROSA MARIA**, FILE **126/2004**, THE FOLLOWING EVIDENCES ARE INCLUDED, WHICH LITERALLY READ:

**WRIT:** **MEXICO CITY, FEDERAL DISTRICT, AS OF SEPTEMBER TWENTY-NINTH, YEAR TWO THOUSAND SIX.**

Please attach to the Second Section the written communication of ROSA MARIA DE LA TORRE RIVERA; consider duly made the representations therein contained and, as requested in her written communication submitted on September twentieth this year, forward respectful official communications to the legal representatives of SANTANDER and BANAMEX banks for the stated purposes. Forward a letter rogatory to the honorable competent judges in Los Angeles, California and Milwaukee, State of Wisconsin, so that supporting the duties of this court and, in the absence of any legal impediment, they send respectful official communications to the legal representatives of California Commerce Bank and Firstar Bank of Milwaukee, for the stated purposes. Let it be so published. It was ordered and it is signed by the Fourteenth Judge for Family Matters, Attorney at Law VICTOR MANUEL ROCHA SEGURA, assisted by the Court Clerk, Attorney at Law SARVIA ISABEL TORRES PLASCENCIA, who attests. TWO ILLEGIBLE SIGNATURES AT THE FOOT OF THE PAGE. INITIALS. The foregoing in accordance

with the International Convention on the Obtainment of Proofs Abroad in Civil or Commercial Matters, published in the Official Gazette on August 30th, 1989.

**WRIT TO BE FULFILLED (APPLICABLE PART): MEXICO, FEDERAL DISTRICT, AS OF NOVEMBER 17TH, 2006.**

Attach to the Second Section the written document of Attorney at Law BLANCA GLORIA BARRIOS GARCÍA, who is considered to be returning official communications 3982 and 3983, dated October 9th, this year and the accompanying attachments. As requested by the former, prepare again the letters rogatory in order to fulfill the instructions contained in rulings dated September 29th, 2006. Let it be so published. It was ordered and it is signed by the Fourteenth Judge for Family Matters, Attorney at Law VICTOR MANUEL ROCHA SEGURA, assisted by the Court Clerk, Attorney at Law SARVIA ISABEL TORRES PLASCENCIA, who attests. TWO ILLEGIBLE SIGNATURES AT THE FOOT OF THE PAGE. INITIALS. The foregoing in accordance with the International Convention on the Obtainment of Proofs Abroad in Civil or Commercial Matters, published in the Official Gazette on August 30th, 1989.

AND FOR MY ENTRUSTMENT TO HAVE ITS MOST ACCURATE AND DUE FULFILLMENT, IN THE NAME OF THE JUDICIAL POWER AND IN MY OWN NAME, I URGE YOU AND REQUEST YOU, AS SOON AS THIS IS IN YOUR POSSESSION, TO SERVE IT UNDER ITS TERMS AND, ONCE THIS IS DONE, TO RETURN IT TO THIS COURT AS SOON AS POSSIBLE, RESTING ASSURED OF MY RECIPROCITY IN SIMILAR CASES AND WHEN THIS MAY BE REQUESTED. GRANTED IN MEXICO CITY, AS OF THE EIGHTH DAY OF DECEMBER, YEAR TWO THOUSAND SIX.

FOURTEENTH JUDGE FOR FAMILY MATTERS.

(SIGNED)

VICTOR MANUEL ROCHA SEGURA, Attorney at Law

THE COURT CLERK "B"

(SIGNED)
SARVIA ISABEL TORRES PLASCENCIA, Attorney at Law

*****************************************************************
The undersigned, Luis Rey Ballesteros López, Certified Translator duly authorized by the Supreme Court of Justice for Mexico City, Federal District, in Judicial Bulletin published on July 16, 2003, hereby certify that the foregoing translation from Spanish into English is, to the best of my knowledge and belief, true and complete.

Mexico City, Federal District, as of January 8, 2007

9

5

D.F. (T.S. de J.) Jzg. Fam.-2



Al contestar este oficio, sírvase mencionar el número y Secretaría que lo giró.

**C. PRESIDENTE DEL H. TRIBUNAL SUPERIOR
DE JUSTICIA DEL DISTRITO FEDERAL.
PRESENTE.**

Juzgado _____
14°
de lo Familiar _____

"B" _____ Secretaría

Exp. 126/06 _____

Oficio Núm. 4575 _____

En cumplimiento a lo ordenado en auto de fecha diecisiete de noviembre del año en curso, dictado en el **JUICIO SUCESORIO TESTAMENTARIO** a bienes de **RIVERA GUTIÉRREZ ROSA MARIA** y/o **RIVERA DE DE LA TORRE ROSA MARIA** y/o **RIVERA VIUDA DE DE LA TORRE ROSA MARIA**, giro a Usted el presente acompañándole en cuatro fojas útiles atenta CARTA ROGATORIA deducida del juicio mencionado, a efecto de que se sirva darle el trámite correspondiente para su debida diligenciación.

Reitero a Usted las seguridades de mi atenta y distinguida consideración.

ORIGINAL

"SUFRAGIO EFECTIVO. NO REELECCIÓN".
México, D.F., a 11 de Diciembre de 2006.
EL C. JUEZ DÉCIMO CUARTO FAMILIAR.

LIC. VICTOR MANUEL ROCHA SEGURA.

# CARTA ROGATORIA

**ÓRGANO JUDICIAL REQUIRIENTE:**
Nombre: Juzgado Décimo Cuarto de lo Familiar en el Distrito Federal.
Dirección: "Plaza Juárez", Av. Juárez número 08, 6°. Piso, Colonia Centro, Código Postal 06010, delegación Cuauhtémoc, en México, Distrito Federal.

**ASUNTO:** Juicio Sucesorio Testamentario.
Expediente número: **126/2006**, a bienes de **RIVERA GUTIÉRREZ ROSA MARIA** y/o **RIVERA DE DE LA TORRE ROSA MARIA** y/o **RIVERA VIUDA DE DE LA TORRE ROSA MARIA**.

**AUTORIDAD CENTRAL DEL ESTADO REQUIRIENTE:**
Nombre: Tribunal Superior de Justicia del Distrito Federal de la Ciudad de México.
Dirección: Niños Héroes número 132, colonia Doctores, delegación Cuauhtémoc, Distrito Federal.

**AUTORIDAD CENTRAL DEL ESTADO REQUERIDO:**
Órgano Jurisdiccional competente en Los Angeles, California.

**PARTE SOLICITANTE:**
Albacea de nombre: ROSA MARIA DE LA TORRE RIVERA.
Dirección: Calle Eduardo Pallares y Portilla 122, colonia Parque San Andrés, delegación Coyoacan, Código Postal 04040, México, Distrito Federal.

**Abogados de la solicitante del estado requiriente:**
Nombres: CC. Licenciados Blanca Gloria Barrios García, Lidia Barrios García, Araceli Barrios García, David Reyes Licona y el C. Jesús Barrios Ruiz.

El Órgano Jurisdiccional que suscribe la presente Carta Rogatoria, Tribunal Superior de Justicia del Distrito Federal de los Estados Unidos Mexicanos, tiene el honor de solicitar la cooperación del Órgano Jurisdiccional competente en Los Angeles, California, para recibir o cumplimentar de esta Ciudad de México, Distrito Federal y de conformidad con la Convención, sobre obtención de pruebas en el extranjero en materia civil o comercial, publicada en el Diario Oficial el 30 de agosto de 1989.

## EXPOSICIÓN DE LOS HECHOS.

El año 2006 se inicio JUICIO SUCESORIO Testamentario a bienes de quien en vida se ostento como **RIVERA GUTIÉRREZ ROSA MARIA y/o RIVERA DE DE LA TORRE ROSA MARIA y/o RIVERA VIUDA DE DE LA TORRE ROSA MARIA.** Radicado en el Juzgado Décimo Cuarto de lo familiar en el Distrito Federal, bajo el expediente número 126/2006, Secretaría "B", por unanimidad de votos de los herederos, fue nombrada albacea ROSA MARIA DE LA TORRE RIVERA, en cumplimiento de sus funciones, está obligada a formar la Segunda Sección en el proceso antes citado, consistente en el Inventario y Avalúo de todos los bienes de la de cujus.

## INFORMACIÓN SOLICITADA:

Se solicita a Usted atentamente gire sus apreciables ordenes a fin de que en apoyo a las labores de este juzgado y de no existir impedimento legal alguno, se sirva girar atento oficio al C. Representante legal del Banco California Commerse Bank, cuenta Bancaria número ▓▓▓▓▓▓, sito en 2029, Century Park East 42 floor, Los Angeles CA.90067 US., Estados Unidos de Norte América a fin de que informe a este Juzgado lo siguiente:

a.- Se sirva informar el tipo de inversión de la cuenta antes referida.
b.- Para que manifiesten si además de la C. ROSA MARIA RIVERA GUTIÉRREZ, esposa del C. RODOLFO DE LA TORRE PACHECO, casados bajo el régimen de sociedad conyugal, existían otros beneficiarios o titulares de la misma, y en caso de no existir inconveniente al respecto informe a esta Autoridad, el nombre de otros titulares o beneficiarios.
c.- Que se expidan a costa de la C. ROSA MARIA DE LA TORRE RIVERA los estados de cuenta de los meses de octubre, noviembre, diciembre del 2001, enero, febrero y marzo del 2002, de la cuenta antes referida.

## PARTES EN EL PROCESO:

a. **Denunciantes de Nombres: RODOLFO OCTAVIO DE LA TORRE RIVERA.** De nacionalidad Mexicana, de 54 años de edad, quien radica actualmente en México Distrito Federal.
y **ADRIANA DE LA TORRE RIVERA** De nacionalidad Mexicana, de 53 años de edad, quien radica actualmente en México Distrito Federal.

Albacea. Nombre:
ROSA MARIA DE LA TORRE RIVERA de nacionalidad Mexicana, de 51 años de edad, quien radica actualmente en México, Distrito Federal.

c. GABRIELA DE LA TORRRE RIVERA de nacionalidad Mexicana, de 48 años de edad, quien radica actualmente en México, Distrito Federal.

d. GABRIEL JOSE DE LA TORRE RIVERA de nacionalidad Mexicana, de 50 años de edad, quien radica actualmente en México, Distrito Federal.

PROCESO: JUICIO SUCESORIO INTESTADO.

FECHA LÍMITE EN QUE EL ÓRGANO JURISDICCIONAL REQUIRIRENTE NECESITA RECIBIR RESPUESTA A LA PRESENTE CARTA ROGATORIA: El necesario.

Hecho en la Ciudad de México, Distrito Federal, a los ocho días del mes de diciembre del año dos mil seis. -

EL C. JUEZ DECIMO CUARTO DE LO FAMILIAR EN EL DISTRITO FEDERAL.

LIC. VICTOR MANUEL ROCHA SEGURA.

EL CIUDADANO LICENCIADO **VÍCTOR MANUEL ROCHA SEGURA, JUEZ DÉCIMO CUARTO DE LO FAMILIAR DEL DISTRITO FEDERAL,** A USTED C. JUEZ COMPETENTE EN LOS ANGELES, CALIFORNIA, A QUIEN TENGO EL HONOR DE DIRIGIRME, - - - - -
- - - - - - - - - - - - H A G O   S A B E R: - - - - - - - - - - - - - - -
QUE EN LOS AUTOS RELATIVOS AL **JUICIO SUCESORIO TESTAMENTARIO,** A BIENES DE **RIVERA GUTIÉRREZ ROSA MARIA y/o RIVERA DE DE LA TORRE ROSA MARIA y/o RIVERA VIUDA DE DE LA TORRE ROSA MARIA,** EXPEDIENTE **126/2004,** OBRAN ENTRE OTRAS CONSTANCIAS LAS SIGUIENTES QUE A LA LETRA DICEN:

**AUTO: MEXICO. DISTRITO FEDERAL, A VEINTINUEVE DE SEPTIEMBRE DEL AÑO DOS MIL SEIS.-**



Agréguese a la Segunda Sección el escrito de ROSA MARIA DE LA TORRE RIVERA. Por hechas las manifestaciones que en el mismo se contienen como lo solicita en su escrito presentado el veinte de septiembre en curso, gírense atentos oficios a los C. C. Representantes legales de los Banco SANTANDER y BANAMEX para los efectos que se mencionan. Líbrese carta rogatoria a los C. C. Jueces competentes en Los Ángeles California Milwaukee, Estado de Wisconsin para que en apoyo a las labores de este juzgado y de no existir impedimento legal alguno, se sirvan girar atento oficios a los C. C. Representantes legales de Banco California Commers Bank, y Firstar Bank Milwaukee, para los fines que se precisan. Notifíquese Lo proveyó y firma el C. Juez Décimo Cuarto de lo Familiar licenciado VICTOR MANUEL ROCHA SEGURA, asistido de la C. Secretaria de Acuerdos Licenciada SARVIA ISABEL TORRES PLASCENCIA quien da fe.- AL CALCE DOS FIRMAS ILEGIBLES. RUBRICAS. – <u>Lo anterior de conformidad con la Convención sobre la obtención de pruebas en el extranjero en materia Civil o Comercial, publicada en el Diario Oficial el 30 de agosto de 1989.</u>

**AUTO POR CUMPLIMENTAR, (PARTE CONDUCENTE): MEXICO, DISTRITO FEDERAL, A DIECISIETE DE NOVIEMBRE DEL AÑO DOS MIL SEIS.-**

Agréguese a la Segunda Sección el escrito de la licenciada BLANCA GLORIA BARRIOS GARCÍA a quien se le tiene devolviendo los oficios números 3982 y 3983 de fecha nueve de octubre del año en curso y anexos que se acompañan. Como lo solicita, elabórese nuevamente las cartas rogatorias a fin de dar cumplimiento a lo ordenado en proveídos de fechas veintinueve de septiembre de dos mil seis. Notifíquese. Lo proveyó y firma el C. Juez Décimo Cuarto de lo Familiar licenciado VICTOR MANUEL ROCHA SEGURA, asistido de la C. Secretaria de Acuerdos Licenciada SARVIA ISABEL TORRES PLASCENCIA quien da fe. AL CALCE DOS FIRMAS ILEGIBLES. RUBRICAS.- <u>Lo anterior de conformidad con la Convención sobre la obtención de pruebas en el extranjero en materia Civil o Comercial, publicada en el Diario Oficial el 30 de agosto de 1989.</u>

Y PARA LO QUE POR MI MANDATO TENGA SU MAS EXACTO Y DEBIDO CUMPLIMIENTO. EN NOMBRE DEL PODER JUDICIAL Y DEL MÍO PROPIO LO EXHORTO Y REQUIERO A USTED, PARA QUE TAN PRONTO LA PRESENTE ESTÉ EN SU PODER, SE SIRVA MANDAR DILIGENCIARLO EN SUS TÉRMINOS Y HECHO QUE SEA, DEVOLVERLO A ESTE JUZGADO A LA BREVEDAD POSIBLE SEGURO DE MI RECIPROCIDAD EN CASOS ANÁLOGOS Y CUANDO PARA ELLO FUERE REQUERIDO. DADA EN LA CIUDAD DE MÉXICO, A LOS OCHO DIAS DEL MES DE DICIEMBRE DEL AÑO DOS MIL SEIS.-

C. JUEZ DECIMO CUARTO FAMILIAR.

LIC. VICTOR MANUEL ROCHA SEGURA.

LA C. SECRETARIA DE ACUERDOS "B"

LIC. SARVIA ISABEL TORRES PLASCENCIA.

14

D.F. (T.S. de J.) Jzg. Fam.-2

Al contestar este oficio, sírvase mencionar
el número y Secretaría que lo giró



Juzgado _____
14°
de lo Familiar _____

"B" Secretaría
Exp. 126/06
Oficio Núm. 4578

C. REPRESENTANTE LEGAL DEL BANCO
CALIFORNIA COMMERSE BANK.
Sito en 2029 Century Park East 42 floor, Los Angeles
CA.90067 US., Estados Unidos de Norte América
PRESENTE.

En cumplimiento a lo ordenado en auto de fecha diecisiete de noviembre del año dos mil seis, dictado en los autos del **JUICIO SUCESORIO TESTAMENTARIO** a bienes de RIVERA GUTIÉRREZ ROSA MARIA y/o RIVERA DE DE LA TORRE ROSA MARIA y/o RIVERA VIUDA DE DE LA TORRE ROSA MARIA, giro a Usted el presente oficio a fin de que informe a este juzgado respecto de la cuenta bancaria número 5950182810, lo siguiente:

a.- Se sirva informar el tipo de inversión de la cuenta antes referida.

b.- Para que manifiesten si además de la C. ROSA MARIA RIVERA GUTIÉRREZ, esposa del C. RODOLFO DE LA TORRE PACHECO, casados bajo el régimen de sociedad conyugal, existían otros beneficiarios o titulares de la misma, y en caso de no existir inconveniente al respecto informe a esta Autoridad, el nombre de otros titulares o beneficiarios.

c.- Que se expidan a costa de la C. ROSA MARIA DE LA TORRE RIVERA los estados de cuenta de los meses de octubre, noviembre, diciembre del 2001, enero, febrero y marzo del 2002, de la cuenta antes referida.

Reitero a Usted las seguridades de mi atenta y distinguida consideración.

"SUFRAGIO EFECTIVO. NO REELECCIÓN".
México, D.F. a 11 de Diciembre de 2006.
EL C. JUEZ DÉCIMO CUARTO FAMILIAR.

LIC. VICTOR MANUEL ROCHA SEGURA.

15